

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David H. Arrington Oil & Gas
Operating, LLC; Midland-Petro D.C.
Partners, LLC; Permian Deep Rock
Drilling, LLC; and David H. Arrington,

Vs. No. 11-19-00318-CV

M. Scott Wilshusen,

\* From the 238th District Court
  of Midland County,
  Trial Court No. CV55454.

\* September 3, 2020

\* Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the trial court's denial, by operation of law, of Appellants' motion to dismiss. Therefore, in accordance with this court's opinion, we affirm the denial of Appellants' motion to dismiss, and we remand the cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Appellants.